497 A.2d 610

**In re Search Warrant B–21778 Robert GARTLEY, Sr.**

Supreme Court of Pennsylvania.

Sept. 16, 1985.

Petition for Allowance of Appeal GRANTED, No. 75 W.D. Appeal Docket 1985.